United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Dustyn Banik, et al.,** *Plaintiffs,* | § § | |
| vs. | § | **Cause No. 4:25-cv-02487** |
| | § | |
| **City of Brenham, Texas; et al.;** *Defendants.* | § § § | |

# ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pending before the Court is *Plaintiffs' Opposed Motion for Leave to File First Amended Complaint* (**ECF No. 17**). The Court, having considered the motion, the response of Defendants, the proposed First Amended Complaint attached as **Exhibit A** to the motion, the parties' arguments, and the applicable law, finds that the motion should be **GRANTED**.

Federal Rule of Civil Procedure 15(a)(2) provides that the Court "should freely give leave when justice so requires." The Scheduling Order entered in this case (**ECF No. 14**) sets no deadline for the amendment of pleadings. The proposed amendments are predicated on facts and admissions developed during fact-witness depositions completed in April 2026 and through document discovery produced thereafter, and Plaintiffs filed the motion promptly following the completion of those depositions. The Court finds no undue delay, no bad faith or dilatory motive, no prior failed amendments, no undue prejudice to Defendants given the remaining fact-discovery

period and pretrial schedule, and no futility in the proposed amendments. *See Foman v. Davis*, 371 U.S. 178, 182 (1962); *Smith v. EMC Corp.*, 393 F.3d 590, 595 (5th Cir. 2004).

Accordingly, it is **ORDERED** that Plaintiffs' Opposed Motion for Leave to File First Amended Complaint is **GRANTED**.

It is **FURTHER ORDERED** that the *First Amended Complaint* attached as **Exhibit A** to the motion shall be deemed filed as of the date of this Order, and the Clerk of Court is directed to docket the First Amended Complaint as the operative pleading.

It is **FURTHER ORDERED** that Defendants shall answer or otherwise respond to the First Amended Complaint within fourteen (14) days of the date of this Order, in accordance with Federal Rule of Civil Procedure 15(a)(3).

**SIGNED** on June 26, 2026, at Houston, Texas.

Andrew S. Hanen
United States District Judge