**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Dustyn Banik, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-02487 |
| | § | |
| City of Brenham, Texas, et al., | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF ALMA SANCHEZ

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and, to the extent it applies, Federal Rule of Civil Procedure 21, Plaintiffs Dustyn Banik, Alma Sanchez, and Gerran Banik and Defendants City of Brenham, Texas; Tina Bruno; Ashley Burns; Kelvin Raven; and LeDarion Jenkins, being all parties who have appeared in this action, through their undersigned counsel, hereby stipulate and agree as follows:

1. All claims asserted by Plaintiff Alma Sanchez against all Defendants in this action, including her claims in Counts I, II, and III of Plaintiffs' First Amended Complaint (Dkt. 20), are dismissed **with prejudice** to their refiling.

2. Plaintiff Alma Sanchez and Defendants shall each bear their own attorneys' fees and costs incurred in connection with the claims dismissed by this Stipulation, and no party shall seek an award of fees or costs from any other party on account of those claims.

3. This Stipulation does not dismiss, release, waive, or otherwise affect any claim asserted by Plaintiffs Dustyn Banik or Gerran Banik, all of which remain pending against all Defendants. Nothing in this Stipulation shall be construed as an admission by any party or as a waiver of any claim, defense, or argument concerning the remaining claims.

4. Following this dismissal, Alma Sanchez is no longer a party to this action, and the parties request that the Clerk update the docket accordingly. The remaining Plaintiffs request that the case caption continue to read "Dustyn Banik, et al. v. City of Brenham, Texas, et al."

5. Because this Stipulation is signed by all parties who have appeared, it is effective upon filing without further order of the Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii). For the convenience of the Court, a proposed order is submitted herewith.

Dated: September 30, 2026

**AGREED AND STIPULATED:**

Respectfully submitted,

**GRABLE PLLC**

*/s/ Brandon J. Grable*
Brandon J. Grable
Texas State Bar No. 24086983
S.D. Tex. Bar No. 3246103
brandon@grable.law
12451 Starcrest Drive, Suite 206
San Antonio, Texas 78216
Telephone: (210) 963-5297
Facsimile: (726) 215-4765

**Counsel for Plaintiffs Dustyn Banik, Alma Sanchez, and Gerran Banik**

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Randy E. Lopez (signed by permission)*
William S. Helfand
Texas State Bar No. 09388250 | S.D. Tex. No. 8791
Attorney-in-Charge
Norman Ray Giles
Texas State Bar No. 24014084 | S.D. Tex. No. 26966
Randy E. Lopez
Texas State Bar No. 24091829
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 659-6767
Facsimile: (713) 759-6830

**Counsel for Defendants City of Brenham, Texas; Tina Bruno; Ashley Burns; Kelvin Raven; and LeDarion Jenkins**

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Brandon J. Grable*
Brandon J. Grable