**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Dustyn Banik, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-02487 |
| | § | |
| City of Brenham, Texas, et al., | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL OF THE CLAIMS OF PLAINTIFF ALMA SANCHEZ**

The Court has considered the parties' Stipulation of Dismissal With Prejudice of the Claims of Plaintiff Alma Sanchez, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 21 and signed by all parties who have appeared in this action. It is therefore

**ORDERED** that all claims asserted by Plaintiff Alma Sanchez against Defendants City of Brenham, Texas; Tina Bruno; Ashley Burns; Kelvin Raven; and LeDarion Jenkins are **DISMISSED WITH PREJUDICE**. Alma Sanchez is dropped as a party to this action.

It is further **ORDERED** that Alma Sanchez and Defendants shall each bear their own attorneys' fees and costs as to the dismissed claims.

The claims of Plaintiffs Dustyn Banik and Gerran Banik remain pending against all Defendants, and all deadlines in the Court's Scheduling Order (Dkt. 14) remain in effect.

SIGNED at Houston, Texas, on ____________________, 2026.

______________________________________
PETER BRAY
UNITED STATES MAGISTRATE JUDGE