# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Dustyn Banik, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-02487 |
| | § | |
| City of Brenham, Texas, et al., | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT KELVIN RAVEN

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and, to the extent it applies, Federal Rule of Civil Procedure 21, Plaintiffs Dustyn Banik and Gerran Banik and Defendants City of Brenham, Texas; Tina Bruno; Ashley Burns; Kelvin Raven; and LeDarion Jenkins, being all parties who have appeared in this action, through their undersigned counsel, hereby stipulate and agree as follows:

1. All claims asserted by Plaintiffs Dustyn Banik and Gerran Banik against Defendant Kelvin Raven in this action, including the claims against him in Count II of Plaintiffs' First Amended Complaint (Dkt. 20), are dismissed **with prejudice** to their refiling.

2. Plaintiffs Dustyn Banik and Gerran Banik and Defendant Kelvin Raven shall each bear their own attorneys' fees and costs incurred in connection with the claims dismissed by this Stipulation, and no party shall seek an award of fees or costs from any other party on account of those claims.

3. This Stipulation does not dismiss, release, waive, or otherwise affect any claim asserted by Plaintiffs Dustyn Banik or Gerran Banik against Defendants City of Brenham, Texas; Tina Bruno; Ashley Burns; and LeDarion Jenkins, all of

which remain pending. Nothing in this Stipulation shall be construed as an admission by any party or as a waiver of any claim, defense, or argument concerning the remaining claims.

4. Following this dismissal, Kelvin Raven is no longer a party to this action, and the parties request that the Clerk update the docket accordingly. The remaining parties request that the case caption continue to read "Dustyn Banik, et al. v. City of Brenham, Texas, et al."

5. Because this Stipulation is signed by all parties who have appeared, it is effective upon filing without further order of the Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii). For the convenience of the Court, a proposed order is submitted herewith.

Dated: October 27, 2026

AGREED AND STIPULATED:

Respectfully submitted,

GRABLE PLLC

*<u>/s/ Brandon J. Grable</u>*

Brandon J. Grable
Texas State Bar No. 24086983
S.D. Tex. Bar No. 3246103
brandon@grable.law
12451 Starcrest Drive, Suite 206
San Antonio, Texas 78216
Telephone: (210) 963-5297
Facsimile: (726) 215-4765

Counsel for Plaintiffs Dustyn Banik and Gerran Banik

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Randy E. Lopez (signed by permission)*
William S. Helfand
Texas State Bar No. 09388250 | S.D. Tex. No. 8791
Attorney-in-Charge
Bill.Helfand@lewisbrisbois.com
Norman Ray Giles
Texas State Bar No. 24014084 | S.D. Tex. No. 26966
Norman.Giles@lewisbrisbois.com
Randy E. Lopez
Texas State Bar No. 24091829 | S.D. Tex. No. 3369137
randy.lopez@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 659-6767
Facsimile: (713) 759-6830

Counsel for Defendants City of Brenham, Texas; Tina Bruno; Ashley Burns; Kelvin Raven; and LeDarion Jenkins

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Brandon J. Grable*
Brandon J. Grable