**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Dustyn Banik, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-02487 |
| | § | |
| City of Brenham, Texas, et al., | § | |
| Defendants. | § | |

# ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT KELVIN RAVEN

The Court has considered the parties' Stipulation of Dismissal With Prejudice of All Claims Against Defendant Kelvin Raven, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 21 and signed by all parties who have appeared in this action. It is therefore

**ORDERED** that all claims asserted by Plaintiffs Dustyn Banik and Gerran Banik against Defendant Kelvin Raven are **DISMISSED WITH PREJUDICE**. Kelvin Raven is dropped as a party to this action.

It is further **ORDERED** that Plaintiffs Dustyn Banik and Gerran Banik and Defendant Kelvin Raven shall each bear their own attorneys' fees and costs as to the dismissed claims.

The claims of Plaintiffs Dustyn Banik and Gerran Banik against Defendants City of Brenham, Texas; Tina Bruno; Ashley Burns; and LeDarion Jenkins remain pending, and all deadlines in the Court's Scheduling Order (Dkt. 14) remain in effect.

SIGNED at Houston, Texas, on ____________________, 2026.

______________________________
ANGELA V. COLMENERO
UNITED STATES DISTRICT JUDGE