United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Dustyn Banik, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-2487** |
| | § | |
| **City of Brenham, Texas, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER OF DISMISSAL OF DEFENDANT KELVIN RAVEN**

Pursuant to the Stipulation of Dismissal with Prejudice of All Claims Against Defendant Kelvin Raven (Doc. 32) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that the action be dismissed with prejudice as to all claims asserted by Plaintiffs Dustyn Banik and Gerran Banik against Defendant Kelvin Raven, including the claims against him in Count II of Plaintiffs' First Amended Complaint (Doc. 20). Plaintiffs Dustyn Banik and Gerran Banik and Defendant Kelvin Raven shall each bear their own attorneys' fees and costs incurred in connection with the claims dismissed by the Stipulation, and no party shall seek an award of fees or costs from any other party on account of those claims.

It is SO ORDERED.

Signed this 28th of October, 2026.

ANGELA V. COLMENERO
**UNITED STATES DISTRICT JUDGE**